United States District Court
Southern District of Texas

**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE PAIGE,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-02687** |
| | § | |
| **DIGITAL BUSINESS NETWORKS** | § | |
| **ALLIANCE, INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court are Defendants McGinnis Lochridge, LLP's, Philip Schmandt's, OFS Portal, LLC's, and Digital Business Networks Alliance, Inc.'s motions to dismiss (ECF Nos. 46, 49, 53). Magistrate Judge Yvonne Y. Ho, to whom this case is referred for all pretrial matters, recommended **DENYING** the Motions to Dismiss as moot, because Plaintiff has since filed an amended complaint. *See* ECF No. 79 (Memorandum, Recommendation, and Order). Defendants did not object to this Recommendation. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Recommendation as to the Motions to Dismiss for clear error. Finding no clear error, the Court adopts the Recommendation.

Plaintiff Michelle Paige has filed objections Judge Ho's Memorandum, Recommendation, and Order pertaining to Judge Ho's reasoning regarding the denial of Plaintiff's Motions to Strike Defendants' Motions to Dismiss (ECF Nos. 51, 54, 59). Because the Motions to Strike are not dispositive of Plaintiff's claims, the Court has reviewed the portions of the Order to which Plaintiff objects to determine whether they are clearly erroneous or contrary to law. *See* FED. R. CIV. PRO. 72(a). However, the Court finds no clear error in Judge Ho's order on the Motions to Strike.

Accordingly, the Court hereby **ADOPTS** the Memorandum, Recommendation, and Order

and **DENIES AS MOOT** the three pending Motions to Dismiss (ECF Nos. 46, 49, 53).

    **IT IS SO ORDERED.**

    Signed at Houston, Texas on July 20, 2026.

                        Keith P. Ellison
                        United States District Judge